UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 19-10199-RWZ |
| ) | |
| BINH THANH LE ) | |

## MOTION TO AMEND CONDITIONS OF RELEASE

Defendant Binh Thanh Le moves that this Court amend his conditions of release to allow him to leave his parents' home for no more than an hour, three times a week, in order to allow him to get some fresh air and exercise.

When Mr. Le was arrested, this Court allowed the government's motion for detention. DE 26. The district court later affirmed that order. DE 63. After the COVID-19 pandemic gripped the country, however, this Court ordered Mr. Le's temporary release. DE 99. The district court affirmed that order. DE 103. Mr. Le was released from custody on May 6, 2020 on strict conditions that include home incarceration, subject to electronic monitoring, at his parents' Brockton home. DE 106. He is prohibited from accessing the Internet and must submit to his probation officer, on a weekly basis, a list of any telephonic or other communications he has had. Id.

Mr. Le has abided by all of the conditions of his release. In addition, he has taken part in Restorative Justice activities and is waiting to participate in the Restorative Justice circle, by video. Most of his time is spent reading or watching television.

The initial detention order cited the relative complexity of the drug organization that Mr. Le allegedly ran, which depended largely on Internet activity. The conditions of release

*Allowed, as amended on page 2.*
*Rya[n] Zobel*
*2/10/21*

specifically addressed that concern. Since his release, Mr. Le has shown that he is worthy of this Court's trust and has shown a commitment to making changes in his life by participating in Restorative Justice activities.[1]

Mr. Le has expressed a desire to get some fresh air and exercise outside his parents' home. U.S. Probation Officer Larissa Charette suggests that, at least initially, Mr. Le be allowed to leave the home for no more than one hour at a time, three times a week.

Ms. Charette has stated that she assents to this motion. Assistant U.S. Attorney James Arnold objects to it.

> BINH THANH LE
> By his attorney,
>
> /s/ Miriam Conrad
>
> Miriam Conrad
>    B.B.O. # 550223
>    Federal Defender Office
>    51 Sleeper Street, 5th Floor
> Boston, MA   02210
>    Tel: 617-223-8061
>    **Temporary Address:**
>    PO Box 51268
>    Boston MA 02205

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 14, 2021.

/s/ Miriam Conrad

---

[1] Although Mr. Le is not a RISE program participant, he has completed the same readings and workbooks used in that program, written an essay reflecting on this work, which he discussed with U.S. Probation Officer Maria D'Addieco. Ms. D'Addieco has told undersigned counsel that she hopes he will be able to participate in the Restorative Justice workshop, by video, in the next month or two.

2